**LAW OFFICE OF**
**SALUTI & BARNETT, P.C.**
60 Park Pl- 6th floor
Newark, New Jersey 07102
(973) 693-4444
Attorney for Defendant-Amer Mir

| | |
|---|---|
| UNTIED STATES OF AMERICA : | UNITED STATES DISTRICT COURT |
| : | DISTRICT OF NEW JERSEY |
| V. : | CRIMINAL NO. 80-561 |
| : | **Order to Amend Bail Condition** |
| GERALD CARTI, : | |
| RENFORD DAVIS, : | |
| AMERI MIR and : | |
| FEDERICK UGWU : | |

This matter having been opened to the court by Gerald M. Saluti, Esq. on behalf of Defendant Amer Mir, and with the consent of Christopher J. Christie, United States Attorney for the District of New Jersey (Mark S. Coyne, Assistance U.S. Attorney , appearing):

**IT IS** hereby, on this 31st day of October, 2008

Ordered that all current bail conditions remain in effect, however that travels restriction regarding this defendant are hereby amended to include not New Jersey, but also the five boroughs of New York City for the purpose of employment only.

HON. JOSE L. LINARES.
UNITED STATES DISTRICT JUDGE