mec/2004R00099

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares, |
| | : | U.S. District Judge |
| v. | : | |
| | : | Criminal No. 08-561 |
| FREDERICK UGWU and | : | |
| AMER MIR | : | **Order Concerning First** |
| | : | **Government Pretrial Motion** |

This matter having been opened to the Court on the motion of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Mark E. Coyne and Matthew E. Beck, Assistant U.S. Attorneys, appearing), Docket Entry 39, for reciprocal discovery, preclusion of any advice of counsel defense unless the asserting defendant complies with his reciprocal discovery obligation, and permission to submit a redacted Indictment; defendant Ugwu (Henry E. Klingeman, Esq., appearing) having responded to the motion, Docket Entry 41; defendant Mir (Gerald M. Saluti, Esq., appearing) having not opposed the motion; and certain of the matters raised in the Government's motion having become moot;

IT IS, therefore, on this 26th day of August, 2009,

ORDERED that the motion for reciprocal discovery is granted; and it is further

ORDERED that the motion to preclude any advice of counsel defense is denied without prejudice; and it is further

ORDERED that the motion to submit a redacted Indictment is denied without prejudice.

The Clerk shall terminate Motion No. 39.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE