UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. Jose L. Linares, U.S. District Judge |
| | : | |
| V. | : | Criminal No. 08-561 |
| | : | |
| | : | **Order Releasing** |
| AMER MIR | : | **Bail Liens** |

This matter having been opened tot he Court on the joint application pf Paul J. Fishman, United States Attorney for the District of New Jersey (Mark E. Coyne and Matthew W, Beck, Assistant U.S. Attorney, appearing) and Amir Mir (Gerald M. Saluti, Esq., appearing), to release any and all liens associated with 86 Roosevelt Ave, Paterson, NJ related to the above captioned case so that the property may be sold. Any proceeds from the sale of the above mentioned property shall be held in escrow by Gerald M. Saluti, Esq, or a closing attorney, approved by the U.S. Attorney's Office, pending further order from the Court. Further, any HUD-1 settlement statement shall accurately and completely summarize the transactions and any all disbursements related to the sale. The United States Attorney's Office shall approve the closing attorney prior to the closing date.

IT IS, therefore, on this 27th day of January, 2010,

ORDERED that

1. Any and all liens related to United States v. Amer Mir on the property located at 86 Roosevelt Ave, Paterson, NJ be rescinded and removed in their entirely in accordance with the applicable laws and procedures of the Sate of New Jersey.

2. The Property shall be sold.

3. Any proceeds form the sale of the above mentioned property shall be in escrow be Gerald M. Saluti. Esq or a closing attorney, approved be the U.S. Attorney's Office pending further order form the Court.

4. Any HUD-1 settlement statement shall accurately and completely summarize the transaction and any and all disbursements related to the sale.

5. The United States Attorney's Office shall approve the closing attorney prior to the closing date.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE