**UNITED STATES DISTRICT COURT**
District of New Jersey

CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5054
P.O. Box 999
Newark, NJ 07101-0999
973-645-6042

**NOT FOR PUBLICATION**

LETTER-ORDER

March 4, 2011

Gerald M. Saluti
Saluti & Strazza
60 Park Place, 2nd Floor
Suite 208
Newark, NJ 07102

Mark Coyne
Office of the U.S. Attorney
970 Broad Street
Suite 700
Newark, NJ 07102

Re:   United States v. Carti, et. al.
      Criminal Action No.: 2:08-cr-561 (JLL)

Dear Counsel:

In reviewing Defendant Mir's file in preparation for sentencing, which is presently scheduled for March 17, 2011 at 11:00 a.m., the Court notes that Defendant filed a Rule 29 motion on December 22, 2009 that has never been briefed. Upon reviewing the trial transcripts, the Court also notes that Defendant made a Rule 29 motion at trial on which this Court has already ruled. At the time, Defendant did not move for a judgment of acquittal as to Counts 1 and 6 as he seems to have conceded that there was enough evidence to send this matter to the jury. In light of this Court's findings when ruling on the Rule 29 motion at trial, and for the same reasons stated therein, this Court denies the instant Rule 29 motion as moot.

If you disagree with this decision or would like to discuss it further, please contact opposing counsel and arrange to have a conference with chambers.

Sincerely,

/s/ Jose L. Linares
Jose L. Linares,
United States District Judge