UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Jose L. Linares |
| v. | |
| AMER MIR, | Crim. No. 08-561 (JLL) |
| Defendant. | **Order of Forfeiture** |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Mark Coyne, Assistant U.S. Attorney), in the presence of Gerald M. Saluti, Esq., attorney for defendant Amer Mir, for the entry of an Order of Forfeiture in the form of a personal money judgment in the amount of $210,000 in United States currency; and the government having given notice in the Superseding Indictment that it would seek the forfeiture of property as part of any sentence; and the jury having returned a verdict of guilty against defendant Amer Mir on one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and three counts of wire fraud, in violation of 18 U.S.C. § 1343, and acquitted of the remaining counts with which he was charged in the Superceding Indictment; and the Court having considered the submissions of counsel, and good cause having been shown,

IT IS THE FINDING OF THIS COURT, pursuant to Rule 32.2(b)(1), that $210,000 in United States currency is subject to forfeiture by defendant Amer Mir under 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), as property that constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1343 and 1349; and

IT IS, THEREFORE, on this 3rd day of May, 2011,

ORDERED that the motion of the United States is granted; and

IT IS FURTHER ORDERED that defendant Amer Mir shall forfeit to the United States the sum of $210,000 in United States currency pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c); and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e); and

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, or before sentencing if the defendant consents, and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States may move at any time pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $210,000 in United States currency to satisfy the forfeiture money judgment in whole or in part.

_____
Hon. Jose L. Linares
United States District Judge