SALUTI LAW GROUP
GERALD M. SALUTI, ESQ.
50 PARK PLACE, SUITE 1001
NEWARK, NJ 07102-4300
TELEPHONE: 973-792-1999
FACSIMILE: 973-792-0999
ATTORNEYS FOR AMER MIR

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    RESPONDENT-RESPONDENT | DOCKET #08-561 (JLL) |
| V. | ORDER |
| AMER MIR,<br>    DEFENDANT-MOVANT | |

TO: William T. Walsh, Clerk          Mark E. Coyne, Esq.
    United States District Court      Office of the United
    District of New Jersey              States Attorney
    50 Walnut St.                     970 Broad St.
    Newark NJ 07102                     Newark NJ 07102

**ORDERED** that Amer Mir, defendant-movant be granted the following relief:

(1) That Amer Mir be allowed to self surrender on July 5, 2011 at the same location as previously scheduled;

(2) That previous retained counsel, Gerald M. Saluti, Esq., and Saluti Law Group be appointed to represent Amer Mir ~~both~~ for a proffer ~~and~~ *[handwritten: and]* future appeal of the jury verdict and sentencing *[handwritten: MUST BE REQUESTED FROM the Third Circuit Court of Appeals!]*

Dated: *6/15/2011*

_____
Hon. Jose L. Linares, USDH

1